FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMERCIAL GREENVIC, S.A., a Chilean corporation,<br><br>Plaintiff,<br><br>v.<br><br>ONEONTA TRADING CORPORATION, a Washington corporation; JAMES THOMAS, an individual; JOSH WELDY, an individual; and CHIAWANA, INC., a Washington corporation,<br><br>Defendants. | No. 2:24-CV-00121-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>**ECF No. 35** |

**BEFORE THE COURT** is the parties' stipulated motion for the dismissal of all claims, with prejudice, and without costs or attorney's fees to any party. ECF No. 35. The Court has reviewed the record and file and is fully informed.

Pursuant to Fed. R. Civ. P. 41(a) and good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case, **ECF No. 35**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

ORDER - 1

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED May 7, 2025.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER - 2